AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Russell Jann | ) | Case No. 17-10079 JDB/egb |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 2016 - September 5, 2017  in the county of  Henry  in the  Western  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | attempted production of visual depictions of minors engaging in sexually explict conduct |
| 18 U.S.C. 2252(a)(2) | receipt/attempted receipt of visual depictions of minors engaging in sexually explict conduct |
| 18 U.S.C. 2252 (a)(4)(B) | possession of visual depictions of minors engaging in sexually explicit conduct |
| 18 U.S.C. 1470 | use of the internet to send obscene material to a minor under 16 |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Stephen K. Lies, attached and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Stephen K. Lies, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/06/2017

s/Charmiane G. Claxton
*Judge's signature*

City and state:  Memphis, Tennessee

U.S. Magistrate Judge Charmiane G. Claxton
*Printed name and title*