**Judge
J. Daniel Breen**

**Case #:** 1:17-10079

USA v. Russell Sann
Complaint 9/6/17