IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                 Cr. No. 17-10079-JDB

RUSSELL JANN,

      Defendant.

---

MOTION TO ADVANCE SENTENCING HEARING

---

COMES THE DEFENDANT, Russell Jann, through his counsel Christina M. Wimbley, with this, his motion to advance the sentencing hearing to Wednesday, March 14, 2018, and says:

This matter is set on Wednesday, April 4, 2018 at 11:00 a.m. Defense Counsel for the Defendant has consulted with AUSA Kasey Weiland, and she does not object to advancing this hearing to Wednesday, March 14, 2018.

Premises considered, the defense moves this Court to advance this hearing as requested.

      Respectfully submitted,

      s/ CHRISTINA M. WIMBLEY
      Assistant Federal Defender
      200 Jefferson Avenue, Suite 200
      Memphis, TN 38103
      (901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been forwarded by electronic means via the Court's electronic filing system to Ms. Kasey Weiland, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103.

This 7th day of March, 2018.

s/ CHRISTINA M. WIMBLEY
Assistant Federal Defender