Clerk of Courts,

I would like to request appointment of counsel to assist me in my motion for Compassionate Release. I am currently incarcerated at FCI Milan, Milan, MI.

Thank you,

Russell Jann
Reg# 30391-076

RECEIVED BY
AUG 10 2020
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson